AO 440 (Rev. 5/85) Summons in a Civil Action
===============================================================

# United States District Court

### DISTRICT OF NEW JERSEY

BED BATH & BEYOND INC.,

        Plaintiff,

    v.

SEARS HOLDING CORPORATION, and SEARS BRANDS, LLC,

        Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO:    Sears Brands
         3333 Beverly Road
         Hoffman Estates
         Illinois, 60179

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

    Charles P. Kennedy, Esq.
    Lerner, David, Littenberg, Krumholz & Mentlik, LLP
    600 South Avenue West
    Westfield, NJ 07090

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                       DATE

948411_1.DOC

AO 440 (Rev. 5/85) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    *Date*                              *Signature of Server*

                                         _____
                                         *Address of Server*

1) At to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

948411_1.DOC